IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CAROL T. ADAMS, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| v. | ] |
| | ]   2:10-CV-1135-KOB |
| FEDERAL DEPOSIT INSURANCE | ] |
| CORPORATION as receiver for | ] |
| SUPERIOR BANCORP, | ] |
| | ] |
| Defendant. | ] |

**MEMORANDUM OPINION**

This matter comes before the court on Defendant Superior Bancorp's Motion for Summary Judgment (doc. 21). The parties fully briefed the motion and the court held a hearing on the motion on Monday, August 6, 2012. For the reasons stated on the record, the court finds that Plaintiff Carol Adams failed to prove her claim of hostile work environment under Title VII because she has not shown that the Defendant engaged in sufficiently severe or pervasive conduct so as to alter the terms and conditions of her employment. Because the standard for proving constructive discharge is higher than the standard for hostile work environment, Adams also failed to prove her constructive discharge claim. Adams failed to prove her claim for disparate treatment because she has not established that the Defendant took adverse employment action against her. Adams also failed to prove her claim of retaliation because she cannot establish that her "complaint" of discrimination was causally connected to the conduct she alleged to constitute a material adverse action.

Therefore, the court GRANTS the Motion for Summary Judgment, and ENTERS JUDGMENT in favor of the Defendant and against the Plaintiff on all her claims. Costs are taxed against the Plaintiff.

DONE and ORDERED this 9th day of August, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE